# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 12-0051-WS |
| | * | |
| DANIEL LOUIS McREYNOLDS | * | |

## ORDER

This matter comes before the Court on the Government's Motion to Correct (doc. 190).

On October 4, 2012, the undersigned entered a Preliminary Order of Forfeiture (doc. 146) that, in relevant part, provided that all of defendant Daniel Louis McReynolds' right, title and interest in certain vehicles (including, among others, a 2001 Ford Expedition and a 1997 Honda Accord) were condemned and forfeited to the Government for disposition according to law, subject to 21 U.S.C. § 853(n). In its present Motion to Correct, the Government indicates that it inadvertently provided the Court with incorrect Vehicle Identification Numbers for these two automobiles, resulting in a clerical error in that Preliminary Order of Forfeiture.[1]

Rule 36 of the Federal Rules of Criminal Procedure authorizes a court "at any time [to] correct a clerical error in a judgment, order, or other part of the record." *Id.* The inaccuracies in the Vehicle Identification Numbers for these two vehicles in the Order were plainly the result of a clerical error in the information furnished by the Government. Accordingly, for cause shown and in the absence of any discernible prejudice to defendant or anyone else, the Court **grants** the Motion to Correct (doc. 190) and **amends** the October 4, 2012 Preliminary Order of Forfeiture to reflect the correct VIN for the 2001 Ford Expedition (VIN # 1FMRU15W11LA65594) and the 1997 Honda Accord (VIN # 1HGCD5635VA107578). In all other respects, the Preliminary Order of Forfeiture remains unchanged.

---

[1] In particular, the Preliminary Order of Forfeiture recited the VIN for the Ford Expedition as being 1FMRU15W11LS65595, but the Government now says the correct VIN is 1FMRU15W11LA65594 (with corrections to the 12th and 17th digits). Likewise, the Preliminary Order of Forfeiture listed the VIN for the Honda Accord as being 1HGCD5636VA107578, but the Government now says the proper VIN is 1HGCD5635VA107578 (with a correction to the 9th digit).

DONE and ORDERED this 24th day of January, 2013.

                                                s/ WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE